# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| JENNIFER O'NEAL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FIRST SOURCE ADVANTAGE, LLC,<br><br>　　　　　　　Defendant. | **Case No.: 3:11-cv-05336-BHS**<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JENNIFER O'NEAL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By:/s/ Sharon D. Cousineau.
　　　　　　　　　　　　　　　　　　Sharon D. Cousineau, Esq.
　　　　　　　　　　　　　　　　　　Cousineau Law Group, LLC
　　　　　　　　　　　　　　　　　　700 West Evergreen Blvd.
　　　　　　　　　　　　　　　　　　Vancouver, WA 98660
　　　　　　　　　　　　　　　　　　sdcousineau@gmail.com
　　　　　　　　　　　　　　　　　　Ph: (971) 207-5140
　　　　　　　　　　　　　　　　　　Fax: 360-694-1435

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Jeffrey L. Hasson, Attorney for Defendant,  by the Court's CM/ECF system.

s/ Sharon D. Cousineau<br>
Sharon D. Cousineau, Esq.<br>
Attorney for Plaintiff

- 2 -

Plaintiff's Notice of Settlement

Cousineau Law Group
700 West Evergreen Blvd.
Vancouver, WA 98660
(971) 207-5140