Sharon Dawn Cousineau
sdcousineau@gmail.com
COUSINEAU LAW GROUP
700 Evergreen Blvd.
Vancouver, WA 98660
Phone: (971) 207-5140
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JENNIFER O'NEAL, | Case No.: 3:11-CV-05336-BHS |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | NOTE ON MOTION CALENDAR: November 23, 2011 |
| FIRST SOURCE ADVANTAGE, LLC; | |
| Defendant. | |

## STIPULATION

Plaintiff and Defendant (the parties) by and through Plaintiff's Counsel of Record and Defendant's counsel of record, hereby stipulate to the entry of the subjoined Order of Dismissal.

By: s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Davenport & Hasson, LLP
Attorneys for Defendant
Dated: November 28, 2011

By: s/ Sharon D. Cousineau
Sharon D. Cousineau
Cousineau Law Group
Plaintiff
Dated: November 28, 2011

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 3:11-CV-05336-BHS

Sharon Dawn Cousineau
COUSINEAU LAW GROUP
700 Evergreen Blvd.
Vancouver, WA 98660
Phone: (971) 207-5140